UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FELIPE ALEMAN,<br><br>                Plaintiff,<br><br>                v.<br><br>AQUA CALIENTE CASINO, PALM SPRINGS ET AL.,<br><br>                Defendants. | Case No. 5:24-cv-01053-HDV (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: March 21, 2025

_____
HONORABLE HERNÁN D. VERA
United States District Judge